**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael L. Murray                  CHAPTER

             Debtor(s)

                                               BKY. NO. 22-11817 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ *Michael Farrington*
                                           Michael Farrington
                                           03 Mar 2023, 12:16:10, EST

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322