# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael L. Murray<br>**Debtor(s)** | CHAPTER 13 |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1<br>**Movant**<br>vs. | NO. 22-11817 PMM |
| Michael L. Murray<br>**Debtor(s)** | 11 U.S.C. Section 362 |
| Kenneth E. West<br>**Trustee** | |

## ORDER

AND NOW, this __10th__ day of __May__, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
United States Bankruptcy Judge