CURTUS<u>UNITED STATES BANKRUPTCY COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

In re:

**MICHAEL L. MURRAY,**

**Debtor[s]**

: Chapter 13
:
: Case No. 22-11817 (PMM)
:
:

<u>**ORDER GRANTING MOTION TO MODIFY PLAN**</u>

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #33, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #39) is **approved**.

Date: June 27, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**