IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       MICHAEL MURRAY         :       CHAPTER 13
                                    :
                                    :
             DEBTOR                 :       BANKRUPTCY No. 22-11817 PMM

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

    Upon consideration of the supplemental application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the amount of $500.00. This amount may be paid by the Trustee pursuant to the terms of the confirmed Plan.

BY THE COURT:

*Patricia M. Mayer*
_____
THE HONORABLE PATRICIA M. MAYER
U.S. Bankruptcy Judge

Dated: 7/21/23