**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: Case No. 22-11817-pmm
Chapter 13

Michael L. Murray

Debtor(s).

# NOTICE OF APPEARANCE

**The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2007-1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: /s/ Steven K. Eisenberg

Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 12th day of October, 2026, to the following:

Zachary Perlick
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
Perlick@Verizon.net
***Attorney for Debtor(s)***

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Michael L. Murray
5920 N. Lawrence St
Philadelphia, PA 19120

***Debtor(s)***

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire