United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-11817-pmm
Michael L. Murray Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 28, 2026 Form ID: pdf900 Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael L. Murray, 5920 N. Lawrence Street, Philadelphia, PA 19120-1829 |
| 14704984 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2026 16:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| crcmch | + | Email/Text: BKMailings@NBSDefaultServices.com | Oct 28 2026 16:41:00 | The Bank Of New York Mellon, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 28 2026 16:41:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Oct 28 2026 16:41:00 | The Bank of New York Mellon FKA The Bank of New Yo, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Oct 28 2026 16:41:00 | The Bank of New York Mellon FKA The Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14726092 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14704983 | ^ | MEBN | Oct 28 2026 16:01:32 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14911551 | + | Email/Text: RASEBN@raslg.com | Oct 28 2026 16:41:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14911815 | + | Email/Text: RASEBN@raslg.com | Oct 28 2026 16:41:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid,, Crane & Parners, PLLC, c/o Robert Shearer, 13010 Morris Road-Suite 450, Alpharetta GA 30004-2001 |
| 14762385 | ^ | MEBN | Oct 28 2026 16:01:31 | The Bank of New York Mellon, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14918995 | + | Email/Text: mtgbk@shellpointmtg.com | | |

| | | | |
|---|---|---|---|
| | | Oct 28 2026 16:41:00 | The Bank of New York Mellon FKA The Bank of, New York,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14709822 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 28 2026 16:41:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14800870 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 bkgroup@kmllawgroup.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 shrdlaw@outlook.com, shrdlaw@outlook.com |
| STEVEN K. EISENBERG | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Michael L. Murray Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MICHAEL L. MURRAY<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 22-11817-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 13, 2026**

Patricia M. Mayer
_______________________________
Honorable Patricia M. Mayer
Bankruptcy Judge